UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eric Drake

v.                                    Civil No. 16-cv-527-JL

Mitch Rosen Extraordinary Gunleather, LLC


O R D E R

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated May 3, 2017.  "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'"  School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,
failure to file a specific objection to magistrate's report will
waive the right to appeal).

    **SO ORDERED.**

    _____
    Joseph N. Laplante
    United States District Judge


Date: July 10, 2017

cc:  Eric Drake, pro se